UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ROCKEFELLER PHOTOS, LLC,

25-CV-8379 (LAK) (VF)

Plaintiff,

**ORDER**

-against-

ANTILLANA & METRO SUPERMARKET CORP.,
et al.,

Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff properly served Defendants on or about October 17, 2025. See ECF Nos. 11, 12.

Defendants have not answered or otherwise appeared in the action. The Court sua sponte extends

the deadline for Defendants to respond to the complaint to **December 19, 2025**.

**SO ORDERED.**

DATED:     New York, New York
           December 3, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge