UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROCKEFELLER PHOTOS, LLC,

                           Plaintiff,

              -against-

ANTILLANA & METRO SUPERMARKET CORP.,
et al.,

                         Defendants.

------------------------------------------------------------------X

25-CV-8379 (LAK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Clerk of the Court issued a certificate of default as to Antillana & Metro Supermarket Corp. ("Antillana") on January 6, 2026. ECF No. 19. Plaintiff is directed to file its motion for default judgment against Antillana and serve it on Antillana by **April 17, 2026**. Antillana's response, if any, is due **May 8, 2026**, and Plaintiff's reply, if any, is due **May 22, 2026**.

      On December 30, 2025, Defendant Hiresprint LLC answered Plaintiff's complaint. ECF No. 16. Plaintiff and Defendant Hiresprint LLC are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Friday, March 20, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Friday, March 20, 2026**.

      The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form

available on the Court's website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such

form with the Court. This Order is not meant to interfere in any way with the parties' absolute

right to have dispositive motions and/or a trial before a United States District Judge, but is

merely an attempt at preserving scarce judicial resources and reminding the parties of their

options pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

DATED:      New York, New York
            March 3, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge