

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: April 15, 2026**

The extension request is GRANTED. Plaintiff is directed to move for default judgment against Antillana or to provide a status update by **June 15, 2026**. The Clerk of Court is respectfully directed to close the motion at ECF No. 23.

April 14, 2026

**VIA ECF**

The Honorable Magistrate Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*RE: Rockefeller Photos, LLC v. Antillana & Metro Supermarket, Corp. d/b/a Antillana Super Food and Hiresprint LLC d/b/a Circularss (Case No.: 1:25-cv-08379-LAK-VF)*

Dear Judge Figueredo:

This law firm represents plaintiff Rockefeller Photos, LLC ("Plaintiff") in the above matter. On October 9, 2025, Plaintiff filed its Complaint against defendant Antillana & Metro Supermarket Corp. d/b/a Antillana Superfood ("Antillana") and Hiresprint LLC d/b/a Circularss ("Hiresprint"). See D.E. 1.

On October 17, 2025, Antillana was served with the Summons and Complaint. As such, Antillana's answer was due November 7, 2025. See D.E. 11. On December 3, 2025, the Court entered an Order sue sponte extending the deadline for Antillana to answer up to and until December 19, 2025. See D.E. 13. Hiresprint filed its answer on December 30, 2025. Shortly after, Plaintiff requested a Clerk's Certificate of Default as to Antillana, which was entered on January 6, 2026. See D.E. 16 and 19.

Currently, Plaintiff is discussing resolution with Hiresprint that may resolve the entirety of the case. Due to this, Plaintiff requests an additional sixty (60) days – up to and until June 15, 2026[1] – to file a Motion for Default Judgment against Antillana or, alternatively to file a Status Report to inform the Court of the progress of settlement discussions. Additionally, this request is made in an effort to conserve judicial resources. The parties who have appeared are diligently working toward resolution and are attempting to resolve the case without further court intervention.

---

[1] Sixty (60) days from the current deadline to file the Motion for Default Judgment against Antillana is Saturday, June 13, 2026. This makes the deadline Monday, June 15, 2026.

The requested extension of time is the first request for an extension, is being made in good faith, and is not for purposes of delay. Wherefore, Plaintiff respectfully requests that the Court enter an Order granting an additional sixty (60) day extension to file a Motion for Default Judgment against Antillana or, alternatively to file a Status Report informing the Court of the progress of settlement discussions, through and including June 15, 2026.

Respectfully submitted,

/s/ Daniel DeSouza
Daniel DeSouza, Esq.